**ROBERT J. PETERS**
Attorney at Law
California State Bar Number 43618
716 19th Street, Suite 120
Sacramento, CA  95814
Telephone:     (916) 442-1806
Facsimile:     (916) 442-0520
Email:         robertj@lanset.com

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone: (916) 447-1134
Facsimile: (916) 448-0265
Email:         KarowskyLaw@sbcglobal.net

Attorneys for Defendant
Jason Walker

**PETER KMETO**
Attorney at Law
California State Bar Number 78827
1007 7th Street, Suite 318
Sacramento, CA  95814
Telephone: (916) 444-7420
Facsimile:  (916) 441-6714
Email:         pkmeto@sbcglobal.net

Attorney for Defendant
Shango Greer

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-03-042- FCD |
| Plaintiff, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| vs. | |
| Jason Walker, et. al., | |
| Defendants | |

TO:   The Warden, Sheriff or Jailor of the **California State Prison - Solano**, and to any United States Marshal.

### G R E E T I N G

WE COMMAND that you produce and deliver the person known as **Jermel Bray, CDC # J-54987,** now in your custody in the herein above mentioned institution, to the custody of the United States Marshal, or other authorized Federal Agents, so that he may be brought before the United States District Court, Courtroom #1, Sixteenth Floor, Robert T. Matsui United States Courthouse, 501 "I" Street Sacramento, California , forthwith and for the duration of the trial of the above-entitled case, in order that said prisoner may then and there respond to and answer to as a witness such questions as may be asked him in the course of said trial; and at the termination of said trial to return him forthwith to said herein above mentioned institution.

WITNESS the Honorable Kimberly J. Mueller United States Magistrate Judge of the United States District Court for the Eastern District of California.

Dated:  December 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____         **C**LERK, UNITED STATES DISTRICT COURT
                                    Eastern District of California

                                    By: _____
                                         DEPUTY CLERK