DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JASON KEITH WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>        Plaintiff,<br>    v.<br>JASON KEITH WALKER,<br>        Defendant. | No. 2:03-cr-00042 MCE-JFM<br><br>**REQUEST FOR SUBSTITUTION OF COUNSEL; ORDER** |

    Petitioner, JASON KEITH WALKER, hereby moves this Court for an order substituting Carolyn Phillips, Attorney at Law, P.O. Box 5622, Fresno, CA, 93755, telephone (559) 248-9833; as counsel for the Defendant in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Defendant. Ms. Phillips has agreed to represent the Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Ms. Phillips is aware of any deadlines in this case.  The undersigned
2  is authorized to sign this substitution motion on her behalf.
3  Dated:  December 19, 2012

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        */s/ David M. Porter*
                                        DAVID M. PORTER
                                        Assistant Federal Defender

                                        Attorneys for Defendant
                                        JASON KEITH WALKER


Dated:  December 19, 2012               */s/ Carolyn Phillips*
                                        CAROLYN PHILLIPS



## O R D E R

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Carolyn Phillips, Attorney at Law, shall be substituted in as appointed counsel for Defendant in place of the Office of the Federal Defender for the Eastern District of California.

Dated: January 31, 2013.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

walk0042.sub