IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Respondent, | No. 2:03-cr-0042 MCE JFM P |
| | vs. | |
| JASON KEITH WALKER, | | |
| | Movant. | ORDER |
| _____/ | | |

      Movant is proceeding with counsel with a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. On February 28, 2013 the court held a status conference on the matter. The issue of the timing of respondent's response to the motion was discussed and decided at that conference.

      Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall file its response to movant's original and supplement to the motion to vacate before May 31, 2013; and

////

////

////

////

1

2. A status conference will be set, as appropriate, following the filing of respondent's response.

DATED: March 20, 2013.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

12
walk0042.answer