HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. McCLINTOCK, CA Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:   (916) 498-5700
Facsimile:    (916) 498-5710

Attorneys for Defendant
JASON KEITH WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JASON KEITH WALKER,<br><br>　　　　Defendant. | Case No. 2:03-cr-042 TLN<br><br>**ORDER TO SET BRIEFING SCHEDULE**<br><br>Judge: Hon. Troy L. Nunley |
|---|---|

**O R D E R**

GOOD CAUSE APPEARING, it is HEREBY ORDERED that the briefing schedule for Defendant JASON KEITH WALKER's Motion for a Reduction in Sentence pursuant to 18 U.S.C. §3582(c)(1)(A) is set as follows:

Defendant's Supplemental Brief or Notice of Not Filing shall be filed by July 8, 2025. The Government's response shall be filed by August 7, 2025. Defendant's reply, if any, shall be filed by September 5, 2025.

IT IS SO ORDERED.

DATED: May 12, 2025

_____
Troy L. Nunley
Chief United States District Judge

-1-