1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )       Case №: 2:03-cr-00042 TLN
                                       )
              Plaintiff,               )           **O R D E R**
                                       )        **APPOINTING COUNSEL**
       vs.                             )
                                       )
JASON KEITH WALKER,                    )
                                       )
              Defendant.               )
_____       )

        The above named Defendant has, under oath, sworn or affirmed as to his financial

inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

obtain counsel and wishes counsel be appointed to represent him on Compassionate Release.

Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C.

§ 3006A,

        IT IS HEREBY ORDERED that the Federal Defender is relieved due to a conflict and

Mark Eibert is appointed to represent the above defendant in this case effective *nunc pro tunc* to

May 21, 2025, per G.O. 595.

        This appointment shall remain in effect until further order of this court.

DATED: May 27, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

-1-