UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES,** | ) | No. 2:03-cr-042-TLN |
|     Plaintiff, | ) | |
|     vs. | ) | **ORDER** |
| **JASON KEITH WALKER,** | ) | |
|     Defendant | ) | |

Good cause appearing therefore, it is hereby ORDERED AS FOLLOWS:

Defendant may have until September 5, 2025 to file a Supplemental Brief or Notice of No Filing as to Defendant Jason Keith Walker's Motion for a Reduction in Sentence, E.C.F. No. 1266.

IT IS SO ORDERED.

Dated: July 3, 2025

_____
Troy L. Nunley
Chief United States District Judge