# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DIISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:03-cr-0042 TLN |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| JASON WALKER, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED AS FOLLOWED:

Defendant's request to seal the Report by Full Picture Justice is GRANTED. The Clerk of the Court shall file that document and the Request to Seal under seal.

IT IS SO ORDERED.

Dated: September 19, 2025

_____
Troy L. Nunley
Chief United States District Judge