ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:03-CR-00042-TLN |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JASON WALKER, | |
| Defendant. | |

On November 20, 2025, the Government requested an extension of time to file its response to Defendant's motion for compassionate release.  Docket No. 1266.

IT IS HEREBY ORDERED, that Government's response is now due January 20, 2026.

Dated: November 21, 2025

_____
Troy L. Nunley
Chief United States District Judge

GOVERNMENT'S MOTION FOR EXTENSION OF TIME
1